UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. SCOTT JEFFREY MELNICK, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 5:14-cv-3060 |
| | : | |
| THE DULSKI, ET AL., | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 13th day of March, 2015, upon review of the amended complaint and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED WITH PREJUDICE**;

2. The Clerk of Court is directed to **CLOSE** this case;

3. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith; and

4. No further pleadings shall be docketed or filing fees accepted from Plaintiff in this matter without prior approval of the Undersigned.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR., J.